IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CARRIE WHITE, Natural Guardian, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 119-078 |
| PRUDENTIAL LIFE INSURANCE, and JOHN DOE, | * * * | |
| Defendants. | * * | |

# O R D E R

Presently before the Court is the Parties' Stipulation and Notice of Voluntary Dismissal. (Doc. 19.) Plaintiff and all appearing defendants consent to the stipulation of dismissal with prejudice; thus, the Court finds dismissal appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 28th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA